# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| CHRISTOPHER BRANDON LEONE,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>RESIDENT VERIFY, LLC; and OMNI DATA, LLC, d/b/a TRADE HOUSE DATA,<br><br>　　　　Defendants. | Civil Action No.: 2:23-cv-12342-LJM-EAS<br><br>**District Judge Laurie J. Michelson**<br><br>**Magistrate Judge Elizabeth A. Stafford** |

**NOTICE OF SETTLEMENT AS TO DEFENDANT RESIDENT VERIFY, LLC; and DEFENDANT OMNI DATA, LLC, d/b/a TRADE HOUSE DATA**

**NOTICE IS HEREBY GIVEN** that Plaintiff Christopher Brandon Leone and Defendants Resident Verify, LLC; and Omni Data, LLC, d/b/a Trade House Data, have resolved the claims between them in this matter. The parties are in the process of finalizing the terms and performance attendant to that resolution.

The parties anticipate completing that performance within the next forty-five (45) days and submitting to the Court the necessary dismissal papers. In the interim, the Parties ask that the Court vacate all deadlines in this matter, as there are no remaining Defendants. Plaintiff further requests that the Court retain jurisdiction for any matters related to completing and/or enforcing the settlement.

Dated: June 6, 2024　　　　　　　　**CONSUMER ATTORNEYS**
　　　　　　　　　　　　　　　　　　*/s/ Levi Y. Eidelman*

1

        Levi Y. Eidelman, NY Bar No. 5742499
        300 Cadman Plaza West
        12th Floor, Suite 12049
        Brooklyn, NY 11201
        T: (718) 360-0763
        E: leidelman@consumerattorneys.com

        Tarek N. Chami, MI No. P76407
        22000 Michigan Avenue, Suite 200
        Dearborn, MI 48124
        T: (313) 444-5029
        E: tchami@consumerattorneys.com

        *Attorneys for Plaintiff*
        *Christopher Brandon Leone*

## CERTIFICATE OF SERVICE

I hereby certify that on June 6, 2024, I electronically filed the foregoing with the Clerk of the Court using the ECF system, which will send notice of such filing to all attorneys of record in this matter. Since none of the attorneys of record are non-ECF participants, hard copies of the foregoing have not been provided via personal delivery or by postal mail.

**CONSUMER ATTORNEYS**

By: */s/ Irina Iakovleva*
Irina Iakovleva