UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| CHRISTOPHER LEONE, <br><br> Plaintiff, <br><br> v. <br><br> RESIDENT VERIFY, LLC; and OMNI DATA, LLC, <br><br> Defendants. | Case No. 23-12342 <br> Honorable Laurie J. Michelson |

## ORDER OF DISMISSAL

Pursuant to the parties' July 2, 2024, Stipulation of Dismissal with Prejudice (ECF No. 28), the Court considers this case to be dismissed and will close the case without further order. Therefore, this case is hereby DISMISSED WITH PREJUDICE pursuant to Fed. R. Civ. P. 41(a)(1)((A)(ii).

SO ORDERED.

Dated: July 2, 2024

s/Laurie J. Michelson
LAURIE J. MICHELSON
UNITED STATES DISTRICT JUDGE